UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61819-CIV-SINGHAL

JUAN CRISTOBAL-CRISTOBAL,

Petitioner,

v.

TODD M. LYONS, *et al.,*

Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Petitioner's Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus Under Title 28 U.S.C. § 2241 (the "**Notice**").  (DE [10]).  Having reviewed the Notice, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner's claims are **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of July 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF